■ CARMEN BRITT, Individually and as Executor of LULA BAITY, Deceased, Appellant, v JILL STADELMEYER et al., Respondents. [879 NYS2d 765]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered August 12, 2008 in a personal injury action. The order granted the motions of defendants to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.

■ In the Matter of SHAWN COLEMAN, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, et al., Respondents. [879 NYS2d 797]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Mark H. Fandrich, A.J.], entered November 12, 2008) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COLIN MOAR, Appellant. [879 NYS2d 798]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered January 9, 2008. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON SEYLER, Appellant. [879 NYS2d 798]—Appeal from a judgment of the Niagara County Court (William J. Watson, A.J.), rendered March 19, 2008. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.